UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANG VU,<br><br>            Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY SUPERIOR COURT, et al.,<br><br>            Defendants. | Case No. 25-cv-08758-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    11/21/2025

                                                              _____
                                                              HAYWOOD S. GILLIAM, JR.
                                                              United States District Judge