UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANG VU,<br><br>            Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF SANTA CLARA COUNTY,<br><br>            Defendant. | Case No.  25-cv-09471-PCP<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Vu v. Santa Clara County Superior Court et al*., Case No. 25-cv-08758-HSG.

**IT IS SO ORDERED.**

Dated: November 26, 2025

P. Casey Pitts
United States District Judge